■ PATRICIA A. ZIOMEK, Respondent, v DAWN M. KENT, Appellant. [673 NYS2d 963] —Order unanimously affirmed with costs (*see, Schoen v Rochester Gas & Elec.*, 242 AD2d 928). (Appeal from Order of Supreme Court, Erie County, Pigott, Jr., J.—Reargument.) Present—Pine, J. P., Hayes, Wisner, Balio and Fallon, JJ.